

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00042-CV

**CITY OF FLORESVILLE, TEXAS**, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Gloria Morales Cantu, Monica Veliz, and Jade Jimenez, in their official capacities,
Appellants

v.

Nick **NISSEN**, David Johns, and Paul W. Sack,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting appellees' motion for summary judgment is REVERSED and judgment is RENDERED that Appellees Nick Nissen, David Johns, and Paul W. Sack take nothing on their claims against Appellants City of Floresville, Texas, and Marissa Ximenez, Gloria E. Martinez, Juan Ortiz, Gloria Morales Cantu, Monica Veliz, and Jade Jimenez, in their official capacities. This cause is REMANDED for the trial court to consider the appellants' request for attorney's fees and costs. Costs of appeal are taxed against Appellees Nick Nissen, David Johns, and Paul W. Sack.

SIGNED June 29, 2022.

Liza A. Rodriguez, Justice